IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MARTINEZ, | No. CIV S-08-674-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOHN ZIOMEK, et al., | |
| Defendants. | |
| _____/ | |

To: The California Department of Corrections and Rehabilitation
1515 S Street, Sacramento, California 95814:

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action. Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The agency referenced above is required to send to the Clerk of the Court payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. See 28 U.S.C. § 1915(b)(2).

///

///

1

1  Good cause appearing therefor, IT IS HEREBY ORDERED that:

2  1. The director of the agency referenced above, or a designee, shall collect
3  from plaintiff's prison trust account the filing fee by collecting monthly payments from plaintiff's
4  prison trust account in an amount equal to twenty percent (20%) of the preceding month's income
5  credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each
6  time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), such
7  payments to be clearly identified by the name and number assigned to this action;

8  2. The Clerk of the Court is directed to serve a copy of this order and a copy
9  of plaintiff's signed in forma pauperis affidavit to the address shown above; and

10  3. The Clerk of the Court is further directed to serve a copy of this order on
11  the Financial Department of the court.

13  DATED: April 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE