1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   STEVE MARTINEZ,                No. CIV S-08-674-LKK-CMK-P

12           Plaintiff,

13      vs.                   <u>ORDER</u>

14   JOHN ZIOMEK, et al.,

15           Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.   Pending before the court is plaintiff's complaint (Doc. 1).  The court is

19 required to screen complaints brought by prisoners seeking relief against a governmental entity or

20 officer or employee of a governmental entity.  <u>See</u> 28 U.S.C. § 1915A(a).

21          Plaintiff claims he is being denied reasonable medical treatment and/or

22 accommodation for his permanent disability arising from an ankle injury.  He claims some of the

23 medical professionals at Mule Creek State Prison are inconsistently denying him disability

24 accommodations including assigning him to a lower bunk, soft shoes, and DNM status.  He

25 further claims the medical professionals are failing to provide him necessary medical treatment.

26 / / /

The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant(s): Ziomek, Williams, Smith and Hashimoto;

2. The Clerk of the Court is directed to send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. Four completed USM-285 form(s); and

      d. Five copies of the endorsed complaint.

DATED: November 20, 2008

_Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5                    **IN THE UNITED STATES DISTRICT COURT**
6                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7
8    STEVE MARTINEZ,                        No. CIV S-08-674-LKK-CMK-P
9              Plaintiff,
10         vs.
11   JOHN ZIOMEK, et al.,
12             Defendants.
13
14   _____/
15                   <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>
16             Plaintiff hereby submits the following documents in compliance with the court's
17   order:
18             <u>1</u>            completed summons form;
19             _____         completed USM-285 form(s); and
20             _____         copies of the complaint.
21
22   DATED: _____             _____
23                                           Plaintiff
24
25
26
                                        3