1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    STEVE MARTINEZ,                         No. CIV S-08-674-LKK-CMK-P

12            Plaintiff,

13        vs.                                 ORDER

14    JOHN ZIOMEK, et al.,

15            Defendants.

16    _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    Eastern District of California local rules.

20            On October 6, 2008, the Magistrate Judge filed findings and recommendations

21    herein which were served on the parties and which contained notice that the parties may file

22    objections within a specified time.  No objections to the findings and recommendations have been

23    filed.

24            The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the Magistrate Judge's analysis.

26    / / /

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.      The findings and recommendations filed October 6, 2008, are adopted in

3    full; and

4       2.      Plaintiff's motion for injunctive relief is denied.

5    DATED: November 24, 2008.

6

7

8    LAWRENCE K. KARLTON
     SENIOR JUDGE
9    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2