# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE MARTINEZ,                              No. CIV S-08-674-LKK-CMK-P

       Plaintiff,

   vs.                                           ORDER

JOHN ZIOMEK, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion for an extension of time (Doc. 26) to file a response to the motion to dismiss filed by defendant(s).  Plaintiff was recently granted additional time to file his opposition to the motion, and his response is not currently due until April 27, 2009 (Doc. 25).  It appears plaintiff submitted his requested for additional time prior to receiving the court's previous order.  Accordingly, plaintiff's request is denied as unnecessary.

       IT IS SO ORDERED.


 DATED:  April 1, 2009

                               _____
                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE