# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE MARTINEZ,                                            No. CIV S-08-674-LKK-CMK-P

    Plaintiff,

  vs.                                                                    ORDER

JOHN ZIOMEK, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration (Doc. 79) of the Magistrate Judge's January 4, 2012, order.

        Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.  The January 4, 2012, order is, therefore, affirmed.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The motion for reconsideration (Doc. 79) is denied;

        2.    The Magistrate Judge's January 4, 2012, order is affirmed; and

3. No further motions for reconsideration of this order will be considered.

DATED: March 16, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT