IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE MARTINEZ,                             No. CIV S-08-674-LKK-CMK-P

    Plaintiff,

  vs.                                               ORDER

JOHN ZIOMEK, et al.,

    Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a plaintiff's request for voluntary dismissal of this action (Doc. 83).  Defendants have file a notice of non-opposition.  Good cause appearing therefor, this action is dismissed.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to terminate any pending motion and close this file.

      IT IS SO ORDERED.

DATED: April 30, 2012

                                                    _____
                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE

1